## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BAYVIEW LOAN SERVICING, LLC,

    Respondent

     v.

MARIA J. DISEN A/K/A MARIA JIMENEZ
DISEN-COLON, MARIA JACQUELINE
DICENT,

    Petitioner

: No. 700 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 10th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.